IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE JAMES RYALS,

    Petitioner,

v.                                            CASE NO. 4:05-cv-00205-MP-AK

PRESIDENT GEORGE W. BUSH,
GOVERNOR JEB BUSH,
CHAIRMAN OF BANK OF AMERICA,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, and Doc. 2, motion for leave to proceed *in forma pauperis* filed by Willie James Ryals.  Neither document is on the proper form, and thus, both the petition and the motion for IFP must be amended.

Accordingly, it is **ORDERED**:

That the Clerk of Court shall forward to Petitioner four § 2254 forms, along with any service copies of the initial § 2254 petition;

That no later than **July 22, 2005**, Petitioner shall file an "amended petition," along with two identical copies including any exhibits.  He shall also keep an identical copy for his records;

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

Petitioner shall have until **July 22, 2005**, to file an amended application for leave to proceed *in forma pauperis* which includes his inmate account information, clearly designated as an "amended" application, or pay the $5.00 filing fee;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this   *22nd*    day of June, 2005.

        s/ A. KORNBLUM
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**