IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE JAMES RYALS,

    Petitioner,

v.                                        CASE NO. 4:05-cv-00205-MP-AK

PRESIDENT GEORGE W. BUSH,
GOVERNOR JEB BUSH,
CHAIRMAN OF BANK OF AMERICA,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 10, Report and Recommendations of the Magistrate Judge, recommending that Doc. 7, Amended Petition for Writ of Habeas Corpus filed by Willie James Ryals, be construed as a petition filed pursuant to 28 U.S.C. § 2241, and be summarily dismissed. The Magistrate Judge filed the Report and Recommendation on Monday, October 24, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Petitioner's Amended Petition for Writ of Habeas Corpus, Doc. 7, is DISMISSED.

**DONE AND ORDERED** this  *29th* day of November, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
